NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1460, -1461, -1462, -1465

SPANSION, INC. and SPANSION, LLC,

Appellants,

and

FREESCALE SEMICONDUCTOR, INC.,

Appellant,

and

ATI TECHNOLOGIES, ULC,

Appellant,

and

STMICROELECTRONICS N.V.,

Appellant,

and

QUALCOMM INCORPORATED,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

TESSERA, INC.,

Intervenor.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-605.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Tessera, Inc. moves for leave to submit an overlong response to the stay motions of Spansion, Inc. et al. and Freescale Semiconductor, Inc. et al. and Qualcomm Incorporated.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is denied.

(2)    Tessera is directed to submit a corrected response consisting of no more than 20 pages within two business days of the date of filing of this order.

FOR THE COURT

**AUG 0 4 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Paul D. Clement, Esq.
       Morgan Chu, Esq.
       Megan Valentine, Esq.
       Carter G. Phillips, Esq.
       Russell E. Levine, Esq.
       Kenneth R. Adamo, Esq.
       Stephen B. Kinnaird, Esq.
       Michael J. Bettinger, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 4 2009

JAN HORBALY
CLERK